UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| CHARENE STEPHENS, | CASE NO. 1:21-CV-122 |
| Plaintiffs, | JUDGE TIMOTHY S. BLACK |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| E & D TRANSPORT, INC., et al. | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal with prejudice of all claims that were asserted in this action. This case can be terminated from the Court's docket. Defendants E & D Transport, Inc., Logistics One, Ltd., and Freddie Lee Boyd to pay court costs.

SIGNATURES OF COUNSEL ON FOLLOWING PAGE

16479059 _1

/s/ Ronald C. Taylor, Jr.
Ronald C. Taylor, Jr. (0083298)
Law Offices of Blake R. Maislin, LLC
Maislin Professional Center
2260 Francis Lane
Cincinnati, OH 45206
Phone: 513.444.4444
Fax: 513.721.5557
rtaylor@maisinlaw.com

*Attorney for Plaintiff*

/s/ S. Mark Mathews
S. Mark Mathews
9109 Montgomery Road
Cincinnati, OH 45242
Phone: 513.351.1525
Fax: 513.458.6170
mmathews@mmlawohio.com

*Attorney for Defendant
Ohio Department of Medicaid*

/s/ Lynne K. Schoenling
Lynne K. Schoenling (0051820)
Curry, Roby & Mulvey Co., LLC
30 Northwoods Blvd., Suite 300
Columbus, OH 43235
Phone: 614.960.8850
Fax: 614.430.8890
lschoenling@crmlaws.com

*Attorney for Defendant Safe Auto Insurance Company*

/s/ Tyler M. Jolley
Bradley A. Wright (0047090)
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Phone: 330.376.2700
Fax: 330.376.4577
bwright@ralaw.com

Tyler M. Jolley (0092772)
Robert W. Schrimpf (0085020)
Roetzel & Andress, LPA
625 Eden Park Drive, Suite 450
Cincinnati, OH 45202
Phone: 513.361.0200
Fax: 513.361.0335
tjolley@ralaw.com

*Attorneys for Defendants E & D Transport, Inc., Logistics One, Ltd., and Freddie Lee Boyd*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2021 a copy of the foregoing was electronically filed with the Clerk of Court for the Southern District of Ohio using the electronical case filing system, which sent electronic notice of such filing to the attorneys of record in this case.

                                                     /s/ Tyler M. Jolley
                                                     Tyler M. Jolley

16479059 _1